48,645-03

Case No. _____
(The Clerk of the convicting court will fill this line in.)

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 04 2015

Abel Acosta, Clerk

APPLICATION FOR A WRIT OF HABEAS CORPUS
SEEKING RELIEF FROM FINAL FELONY CONVICTION
UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

NAME: _____

DATE OF BIRTH: _____

PLACE OF CONFINEMENT: _____

TDCJ-CID NUMBER: _____ SID NUMBER: _____

(1)   This application concerns (check all that apply):

☐   a conviction              ☐   parole

☐   a sentence               ☐   mandatory supervision

☐   time credit              ☐   out-of-time appeal or petition for
                                  discretionary review

(2)   What district court entered the judgment of the conviction you want relief from?
      (Include the court number and county.)

      _____

(3)   What was the case number in the trial court?

      _____

(4)   What was the name of the trial judge?

      _____

Rev. 01/14/14